**FILED**

JAN **0 6** 2022

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
                          DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| CARA ANAM, INDIVIDUALLY; AND SAYEED ANAM, INDIVIDUALLY AND AS INDEPENDENT ADMINISTRATOR OF THE ESTATE OF ZACHARY ANAM, | § § § § § | |
| PLAINTIFFS, | § § | CAUSE NO. 1:21-CV-26-LY |
| V. | § § | |
| CITY OF AUSTIN, | § § | |
| DEFENDANT. | § | |

**FINAL JUDGMENT**

On this date, the court rendered an order dismissing the case with prejudice. Accordingly, the court renders this final judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that this action is hereby **CLOSED**.

SIGNED this _____ day of January, 2022.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE